## ANDERSEN CORPORATION, Plaintiff,

v.

## PELLA CORPORATION, Defendant–Appellant,

v.

## W.L. Gore & Associates, Inc., Defendant–Appellee.

### No. 2010–1481.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2012.

Bruce H. Little, Linquist & Vennum P.L.L.P., of Minneapolis, MN, argued for defendant appellant. With him on the brief was Christopher R. Sullivan.

John T. Gallagher, Dickstein Shapiro, LLP, of New York, NY, argued for defendant-appellee. With him on the brief was William J. Tipping, Gaskins, Bennett, Birrell, Schupp, LLP, of Minneapolis, MN.

PROST, SCHALL, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**